IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>**ONE (1) SIG SAUER, MODEL P320, 9 MM SEMI-AUTOMATIC PISTOL BEARING SERIAL NUMBER 58C008744,** and **ONE (1) SIG SAUER, MODEL P320, 9 MM SEMI-AUTOMATIC PISTOL BEARING SERIAL NUMBER 58A108984,**<br>　　　Defendants,<br><br>　　　and<br><br>**GERALD TALLEY,**<br>　　　Claimant. | **CIVIL ACTION**<br><br><br><br>NO. 18-4802 |

## **O R D E R**

**AND NOW**, this 28th day of December, 2020, upon consideration of Motion of United States of America for Summary Judgment and Entry of Judgment and Order of Forfeiture (Document No. 17, filed January 31, 2020), Memorandum of Law Argument for the Government's Motion for Summary Judgement [sic] (Document No. 28, filed August 7, 2020), and Government's Reply in Further Support of Motion of United States of America for Summary Judgment and Entry of Judgment and Order of Forfeiture (Document No. 29, filed August 11, 2020), for the reasons stated in the Memorandum dated December 28, 2020, **IT IS ORDERED** that:

　　1. The Motion of United States of America for Summary Judgment and Entry of Judgment and Order of Forfeiture is **GRANTED**.

　　2. All right, title, and interest of all persons, and their heirs and assigns, including claimant Gerald Talley, in the defendant property, One (1) Sig Sauer Model P320, 9 mm Semi-Automatic

Pistol Bearing Serial Number 58C008744 and One (1) Sig Sauer, Model P320, 9 mm Semi-Automatic Pistol Bearing Serial Number 58A108984, is hereby **FOREFITED TO AND VESTED IN** plaintiff United States of America pursuant to 18 U.S.C. § 924(d).

3. The United States Marshals Service or its authorized designee shall dispose of the defendant property in accordance applicable law and the rules of this Court.

> **BY THE COURT:**
>
> **/s/ Hon. Jan E. DuBois**
> _____
> **DuBOIS, JAN E., J.**